**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------X
XUAN YAO, BOWEI XU,

Plaintiffs,

- against -

**JUDGMENT**
CV 25-6232 (GRB)

PAMELA BONDI, in her official capacity as the Attorney General of the United States, KRISTI NOEM, in her official capacity as the Secretary of the U.S. Department of Homeland Security, JOSEPH B. EDLOW, in his official capacity as the Director of the United States Citizenship and Immigration Services, ANDREA QUARANTILLO in his official capacity as the USCIS's New York District Director,

Defendants.
---------------------------------------------------X

An Order Dismissing Case of the Honorable Gary R. Brown, United States District Judge, having been filed on April 29, 2026; dismissing the case as moot for failure to respond; denying *in forma pauperis* status for the purpose of any appeal; and directing the Clerk of the Court to close this case, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Xuan Yao and Bowei Xu take nothing of Defendants' Pamela Bondi, Kristi Noem, Joseph B. Edlow, and Andrea Quarantillo; that the case is dismissed as moot; that *in forma pauperis* status is denied for the purpose of any appeal; and that this case is closed.

Dated: April 30, 2026
Central Islip, New York

BRENNA B. MAHONEY
CLERK OF COURT

By: /s / Jazmin M. Cubano
Deputy Clerk